NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**MARK RICHARD GLASSER,**
*Petitioner,*

v.

**MERIT SYSTEMS PROTECTION BOARD,**
*Respondent.*

---

2012-3146

---

Petition for review of the Merit Systems Protection Board in case no. NY0752110236-I-1.

---

**ON MOTION**

---

**ORDER**

The Merit Systems Protection Board moves out of time for a 14-day extension of time, until August 6, 2012, to file its response brief. Mark Richard Glasser opposes.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.  No further extensions should be anticipated.

FOR THE COURT

AUG 2 3 2012
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Mark Richard Glasser
     Sara B. Rearden, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

AUG 2 3 2012

JAN HORBALY
CLERK